UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BRANDON W. WEIR,

      Plaintiff,

      v.

PROGRESSIVE ADVANCE
INSURANCE COMPANY,

      Defendant.

CIVIL ACTION NO. 3:25-CV-00654

(SAPORITO, J.)

## ORDER

AND NOW, this 17th  day of June, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Progressive's partial motion to dismiss (Doc. 20) is **GRANTED**;

2. The plaintiff's statutory bad faith claim (Count II) and his claim for misrepresentation and fraud (Count III) are **DISMISSED without prejudice**; and

3.    The plaintiff is granted leave to file an amended complaint within **twenty-one (21) days** after the date of this Order.

Dated: June 17, 2026                    *s/Joseph F. Saporito, Jr.*
                                        JOSEPH F. SAPORITO, JR.
                                        United States District Judge